Mary E. McCutcheon (State Bar No. 099939)
  mmccutcheon@fbm.com
C. Brandon Wisoff (State Bar No. 121930)
  bwisoff@fbm.com
Tyler C. Gerking (State Bar No. 222088)
  tgerking@fbm.com
Richard E. Robinson (State Bar No. 280529)
  rrobinson@fbm.com
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Defendant and
Counter-Claimant THE CALIFORNIA
AUTOMOBILE ASSIGNED RISK PLAN

James R. Carroll (pro hac vice)
  james.carroll@skadden.com
Skadden, Arps, Slate, Meagher & Flom LLP
One Beacon Street, 31st Floor
Boston, Massachusetts 02108
Telephone: (617) 573-4800
Facsimile: (617) 573-4822

Attorneys for Plaintiff and
Counter-Defendant LIBERTY MUTUAL
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts Corporation,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>THE CALIFORNIA AUTOMOBILE ASSIGNED RISK PLAN, a program established under California Insurance Code section 11620 et seq., and DOES 1 through 20, inclusive,<br><br>　　　　　Defendants. | Case No. C-11-1419 MMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO DEFER DEADLINES TO IMPLEMENT SETTLEMENT IN PRINCIPLE**<br><br>Judge: Hon. Maxine M. Chesney<br>Dept: Courtroom 7, 19th Floor<br><br>Complaint filed: March 24, 2011 |
| THE CALIFORNIA AUTOMOBILE ASSIGNED RISK PLAN,<br><br>　　　　　Counter-Claimant,<br><br>　vs.<br><br>LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts Corporation,<br><br>　　　　　Counter-Defendant | |

STIPULATION AND [PROPOSED] ORDER
TO DEFER DEADLINES TO IMPLEMENT
SETTLEMENT -- Case No. C-11-1419 MMC

Farella Braun & Martel LLP
Russ Building, 17th Floor
235 Montgomery Street
San Francisco, CA 94104
Telephone: (415) 954-4400

25319\3319727.1

Pursuant to Civil L.R. 6-2, Plaintiff/Counter-Defendant Liberty Mutual Insurance Company ("Liberty Mutual") and Defendant/Counter-Claimant The California Automobile Assigned Risk Plan ("CAARP") respectfully submit this Stipulation And Proposed Order To Defer Deadlines To Implement Settlement in Principle.

WHEREAS, Liberty Mutual filed its Complaint on March 24, 2011 (Docket No. 1); CAARP filed its answer and counterclaims on May 20, 2011 (Docket No. 11); and Liberty Mutual filed its answer to CAARP's counterclaims on June 10, 2011 (Docket No. 13);

WHEREAS, Liberty Mutual and CAARP have reached a settlement in principle, subject to approval of the CAARP Advisory Committee (which is anticipated, as a subcommittee of the CAARP Advisory Committee has approved the settlement in principle) and the completion of a mutually acceptable formal settlement agreement;

WHEREAS, to conserve the Court's and the parties' resources, Liberty Mutual and CAARP wish to vacate all currently scheduled hearings, conferences and deadlines except for the trial date to allow time for CAARP to obtain its Advisory Committee's approval for the settlement and for the parties to prepare and execute a final settlement agreement;

WHEREAS, CAARP expects that it can convene an Advisory Committee meeting for a formal vote on the terms of the settlement within several days to one week;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the undersigned as follows:

1. All currently scheduled court hearings and conferences, as well as any outstanding associated exchange or filing deadlines, shall be vacated, including the:

   a. October 25, 2012 hearing before Hon. Jacqueline Scott Corley on CAARP's Motion to Compel Production of Documents and Deposition Testimony [Dk. No. 68];

   b. November 16, 2012 hearings before Hon. Maxine M. Chesney on CAARP's Motion to Exclude Proposed Expert Ralph Lombardi [Dk. No. 101], CAARP's Motion to Exclude Proposed Expert Paul Hamilton [Dk.

Farella Braun & Martel LLP
Russ Building, 17th Floor
235 Montgomery Street
San Francisco, CA 94104
Telephone: (415) 954-4400

STIPULATION AND [PROPOSED] ORDER TO DEFER DEADLINES TO IMPLEMENT SETTLEMENT -- Case No. C-11-1419 MMC

- 2 -

25319\3319727.1

No. 103], CAARP's Motion for Partial Summary Judgment [Dk. No. 105], Liberty Mutual's Motion for Summary Judgment [Dk. No. 87], and Liberty Mutual's Motion to Exclude Expert Testimonies of Irizarry and Cotkin [Dk. No. 107];

    c. November 16, 2012 case management conference before Hon. Maxine M. Chesney;

    d. December 11, 2012 pre-trial conference before Hon. Maxine M. Chesney; and

    e. All deadlines associated with each of the hearings and conferences set forth above;

2. The trial date of February 4, 2013 shall remain in place pending approval by the CAARP Advisory Committee of the settlement in principle and the execution by CAARP and Liberty Mutual of a mutually acceptable formal settlement agreement;

3. Should a settlement agreement not be formally approved or fully executed for whatever reason, CAARP and Liberty Mutual shall immediately meet and confer to agree upon a new schedule for the events described above in Paragraph No. 1 and propose such schedule to the Court. Any new schedule, if necessary, will be

///
///
///
///
///
///
///
///
///

Farella Braun & Martel LLP
Russ Building, 17th Floor
235 Montgomery Street
San Francisco, CA 94104
Telephone: (415) 954-4400

STIPULATION AND [PROPOSED] ORDER TO DEFER DEADLINES TO IMPLEMENT SETTLEMENT -- Case No. C-11-1419 MMC

- 3 -

25319\3319727.1

implemented within such time limits as to preserve the trial date of February 4, 2013.

Dated: October 23, 2012                    FARELLA BRAUN + MARTEL LLP

                                           By: /s/ Tyler C. Gerking
                                               Tyler C. Gerking

                                           Attorneys for Defendant
                                           THE CALIFORNIA AUTOMOBILE
                                           ASSIGNED RISK PLAN

Dated: October 23, 2012                    SKADDEN, ARPS, SLATE, MEAGHER &
                                           FLOM, LLP

                                           By: /s/ James R. Carroll
                                               James R. Carroll

                                           Attorneys for Plaintiff
                                           LIBERTY MUTUAL INSURANCE
                                           COMPANY

**ATTESTATION PURSUANT TO CIVIL L.R. 5-1**

I, Tyler C. Gerking, am the ECF User whose ID and password are being used to file this Stipulation And Proposed Order. In compliance with Civil L.R. 5-1, I hereby attest that the concurrence in the filing of this document has been obtained from each of the signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 23th day of October 2012, at San Francisco, California.

                                                /s/ Tyler C. Gerking
                                                Tyler C. Gerking

PURSUANT TO STIPULATION, IT IS SO ORDERED. Further, the parties shall file, no later than November 16, 2012, a joint status report.

Dated: October 23, 2012                    Hon. Maxine M. Chesney

Farella Braun & Martel LLP
Russ Building, 17th Floor
235 Montgomery Street
San Francisco, CA 94104
Telephone: (415) 954-4400

STIPULATION AND [PROPOSED] ORDER
TO DEFER DEADLINES TO IMPLEMENT
SETTLEMENT -- Case No. C-11-1419 MMC

- 4 -

25319\3319727.1