IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BEAUTY WEAPONS, LLC, et al.,

    Plaintiffs,

  v.

JOHN GENNARO, et al.,

    Defendants.

No. C 12-5383 MMC

**ORDER GRANTING DEFENDANT'S MOTION TO DISMISS**

    Before the Court is defendant John Gennaro's ("defendant") motion, filed October 25, 2012, to dismiss plaintiffs' complaint and for a more definite statement. The matter came on regularly for hearing December 14, 2012. Joseph Ehrlich and Mark R. Meyer of Losch & Ehrlich appeared on behalf of plaintiffs. Stephen L. Davis of Davis & Leonard, LLP appeared on behalf of defendant. Having read and considered the parties' respective written submissions and having considered the arguments of counsel, the Court, for the reasons stated on the record at the hearing, rules as follows.

    The motion to dismiss is hereby GRANTED, and plaintiffs' complaint is hereby DISMISSED with leave to amend. Plaintiffs' First Amended Complaint, if any, shall be filed no later than January 15, 2013.

    **IT IS SO ORDERED.**

Dated: December 14, 2012

MAXINE M. CHESNEY
United States District Judge