**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEAUTY WEAPONS, LLC, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>JOHN GENNARO, et al.,<br><br>  Defendants. | No. C 12-5383 MMC<br><br>**ORDER DIRECTING DEFENDANT TO SUBMIT CHAMBERS COPIES OF DOCUMENTS IN COMPLIANCE WITH CIVIL LOCAL RULES AND THE COURT'S STANDING ORDERS** |

    On April 25, 2013, defendant John Gennaro filed an "Answer to Plaintiffs' Second Amended Complaint; Counterclaim for Relief."  Defendant has violated the Civil Local Rules of this District and the Court's standing orders, however, by failing "to provide for chambers a paper copy of each document that is electronically filed . . . marked 'Chambers Copy'."  See Civil L.R. 5-1(e)(7); see also Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

    Defendant is hereby ORDERED to comply with Civil Local Rule 5-1(e)(7) and the Court's Standing Orders by immediately submitting chambers copies of the above-referenced document.  Defendant is hereby advised that if he fails in the future to comply with the Court's Standing Order to provide a chambers copy of each electronically-filed document, the Court may impose sanctions, including, but not limited to, striking from the record any electronically-filed document of which a chambers copy has not been timely provided to the Court.

    **IT IS SO ORDERED.**

Dated: May 1, 2013



MAXINE M. CHESNEY
United States District Judge